# United States District Court

_____ DISTRICT OF _____

Swift Air Conditioning, Inc.

V.

STC Constructors, LLC and
Amwest Surety Insurance Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-00-059

TO: (Name and address of defendant)  STC Constructors, LLC, Mary L. Arana-Johnson
1903 North Port Avenue, Corpus Christi, TX 78401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Simon B. Purnell
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

FEB 1 1 2000

CLERK                                                                 DATE

(BY) DEPUTY CLERK

# United States District Court

_____ DISTRICT OF _____

Swift Air Conditioning, Inc.

**V.**

STC Constructors, LLC and
Amwest Surety Insurance Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-00-059

TO: (Name and address of defendant)   STC Constructors, LLC, Mary L. Arana-Johnson
1903 North Port Avenue, Corpus Christi, TX 78401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Simon B. Purnell
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

FEB 1 1 2000

CLERK

DATE

(BY) DEPUTY CLERK