IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 29 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| STC CONSTRUCTORS, L.L.C., AND | § | |
| AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |

## CERTIFICATE OF INTERESTED PARTIES

COMES NOW, Plaintiff, by and through the undersigned attorneys, and files this his Certificate of Interested Parties.

1.  Swift Air Conditioning
    2101 Leopard
    Corpus Christi, TX 78408

2.  STC Constructors, LLC
    Iwo Jima and Avenue L
    Naval Air Station
    Corpus Christi, TX 78410

3.  Eladio Castaneda
    2101 Leopard
    Corpus Christi, TX 78408

4.  Lupe Arana
    Iwo Jima and Avenue L
    Naval Air Station
    Corpus Christi, TX 78410

5.  Ralph Durden
    Iwo Jima and Avenue L
    Naval Air Station
    Corpus Christi, TX 78410

6.  AES of South Texas, LC
    1010 Arion Parkway
    San Antonio, TX 78216

7. Amwest Surety Insurance Company
500 South Ervay Street, Suite 420A
Dallas, TX 75201

By: _____
Simon B. Purnell
State Bar No. 24003889
Federal I.D. No. 23509

LEAD, COUNSEL FOR PLAINTIFF

Of Counsel:

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404
(361) 881-9643
(361) 883-0506

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 29TH day February, 2000, a true and correct copy of the above document was forwarded to all counsel in accordance with the Federal Rules of Civil Procedure.

Mr. Richard J. Hatch, Jr.
The Hatch Law Firm
802 N. Carancahua, suite 665
Frost Bank Plaza
Corpus Christi, TX 78470
Attorneys for Defendant, STC Constructors, LLC

Mr. Randy Adler
Amwest Surety Insurance Company
500 South Ervay Street, Suite 420A
Dallas, TX 75201

_____
Simon B. Purnell