IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA § | | |
| FOR THE USE AND BENEFIT OF § | | |
| SWIFT AIR CONDITIONING, INC. § | CIVIL ACTION NO. C-00-059 | |
| § | | |
| VS. § | JURY TRIAL DEMANDED | |
| § | | |
| STC CONSTRUCTORS, L.L.C. § | | |
| AND AMWEST SURETY § | | |
| INSURANCE COMPANY § | | |

**UNOPPOSED MOTION TO CONTINUE INITIAL
PRETRIAL AND SCHEDULING CONFERENCE**

Defendants and Third Party Plaintiffs, STC Constructors, L.L.C. (STC) and Amwest Surety Insurance Company (Amwest), file this Unopposed Motion to Continue the Initial Pretrial and Scheduling Conference in this matter.

I.
**Current Setting of Initial Pretrial and Scheduling Conference**

1.01    Plaintiff filed its Complaint on February 11, 2000, alleging a Miller Act claim against Amwest and a breach of contract claim against STC.

1.02    The Court has ordered an Initial Pretrial and Scheduling Conference to be held on Wednesday, April 5, 2000, at 1:15 p.m.

II.
**Third Party Complaint**

2.01    Defendants filed their Answer to the Plaintiff's Complaint, their Counterclaim, Third Party Complaint and Jury Demand on March 13, 2000.

2.02     This cases arises from a subcontract entered into between Plaintiff and STC for work to be performed at the Naval Air Station, Corpus Christi, Texas.  In connection with the subcontract, Plaintiff was required to provide a payment and performance bond.  Plaintiff's payment and performance bonds were issued by Chatham Reinsurance Company (Chatham), as surety.

2.03     STC and Amwest, as Third Party Plaintiffs, filed a Third Party Complaint against Chatham as the surety on the payment and performance bonds.  The Third Party Complaint was filed on March 13, 2000 and the Third Party Summons in a Civil Action issued on the same day.

2.04     The Third Party Summons in a Civil Action, the Third Party Complaint and the Order for Conference and Disclosure of Interested Parties have been delivered to a private process server for service upon the corporate registered agent of Chatham.  It is anticipated that Chatham will be served during the week of March 20, 2000.

2.05     If Chatham is served during the week of March 20, 2000, its answer date will be after April 5, 2000, the day of the Initial Pretrial and Scheduling Conference.

2.06     In order to allow the Third Party Defendant, Chatham, to participate in the Rule 26(f) meeting, to contribute to the Joint Report of the Meeting and Joint Discovery/Case Management Plan and to participate in the Initial Pretrial and Scheduling Conference, Defendants request that the Initial Pretrial and Scheduling Conference currently scheduled for April 5, 2000 be rescheduled to a later date.

2.07    Defendants request that the Initial Pretrial and Scheduling Conference be rescheduled for mid-May 2000 to allow sufficient time for the Third Party Defendant, Chatham, to answer, participate in the Rule 26(f) Meeting, contribute to the Joint Report and Case Management Plan and attend the Initial Pretrial and Scheduling Conference.

### III.
### Plaintiff is Unopposed

3.01    Counsel for Defendants and Third Party Plaintiffs has conferred with Counsel for Plaintiff who does not oppose this Motion.

WHEREFORE, Defendants and Third Party Plaintiffs, STC Constructors, L.L.C. and Amwest Surety Insurance Company, request that the Court continue the Initial Pretrial and Scheduling Conference currently scheduled on Wednesday, April 5, 2000, at 1:15 p.m. and reschedule the Initial Pretrial and Scheduling Conference to mid-May 2000 so the Third Party Defendant, Chatham Reinsurance Corporation, may participate in the Rule 26(f) Meeting, contribute to the Joint Report and Case Management Plan and attend the Initial Pretrial and Scheduling Conference.

Respectfully submitted,

THE HATCH LAW FIRM
802 N. Carancahua, Suite 665
Corpus Christi, Texas 78470
Telephone: (361) 698-7898
Telecopier: (361) 698-7717

By: _____
Richard J. Hatch, Jr.
State Bar No. 09216200
Attorney-in-Charge

ATTORNEYS FOR DEFENDANTS, STC CONSTRUCTORS, L.L.C. AND AMWEST SURETY INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Unopposed Motion to Continue Initial Pretrial and Scheduling Conference was this _15th_ day of March, 2000, sent via fax to the following person:

Simon B. Purnell
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

_____
Richard J. Hatch, Jr.

s:\rhj\cases\stc\swift air-federal\unopposed motion to ocntinue.wpd

- 4 -

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | CIVIL ACTION NO. C-00-059 |
| | § | |
| VS. | § | JURY TRIAL DEMANDED |
| | § | |
| STC CONSTRUCTORS, L.L.C. | § | |
| AND AMWEST SURETY | § | |
| INSURANCE COMPANY | § | |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

Having considered the Defendants and Third Party Plaintiffs Unopposed Motion to Continue Initial Pretrial and Scheduling Conference, the Court is of the opinion that the Motion should be granted. The Initial Pretrial and Scheduling Conference scheduled for Wednesday, April 5, 2000, at 1:15 p.m. is continued until _____.

Defendants and Third Party Plaintiffs shall serve a copy of this Order upon Third Party Defendant through its counsel, if known, or if unknown, through its registered agent.

ORDERED this _____ day of _____, 2000.

_____
H. W. HEAD, JR., United States District Judge

s:\rhj\cases\stc\swift air-federal\order granting motion to ocntinue.wpd