IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 16 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| STC CONSTRUCTORS, L.L.C., AND | § | |
| AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |

## REPLY TO DEFENDANTS, STC CONSTRUCTORS, L.L.C. AND AMWEST SURETY INSURANCE COMPANY'S, COUNTER-CLAIM

Plaintiffs, the United States of America for the Use and Benefit of Swift Air Conditioning, Inc. (Swift Air), files this their Reply to Defendants, STC Constructors, L.L.C. and Amwest Surety Insurance Company's, Counter-Claim.

### COUNTER-CLAIM

STC, as Counter-Plaintiff, complains of Swift Air, as Counter-Defendant, and for cause of action alleged in Paragraphs 28 through 37 of their Answer.

1. Swift Air denies the allegations in Paragraph 28 of the Counter-Claim.

2. Swift Air admits the allegations in Paragraph 29 of the Counter-Claim.

3. Swift Air admits the allegations in Paragraph 30 of the Counter-Claim.

4. Swift Air denies the allegations in Paragraph 31 of the Counter-Claim.

5. Swift Air denies the allegation in Paragraph 32 of the Counter-Claim.

6. Swift Air does not have sufficient information to admit or deny the allegation that STC expended a considerable amount of time and effort to attempt to have Swift Air comply with its subcontract in Paragraph 22 of the Counter-Claim.

7. Swift Air denies the allegations that Swift Air continued its breaches and that STC

terminated Swift Air's subcontract by written notice in Paragraph 33 of the Counter-Claim.

8.   Swift Air does not have sufficient information to admit or deny the allegations in Paragraph 34 of the Counter-Claim.

9.   Swift Air admits the allegations in Paragraph 35 of the Counter-Claim to the extent that it alleges Swift Air has been unable to pay some of its suppliers as a result of STC's breach of contract. Swift Air is without knowledge sufficient to admit or deny the allegation that STC has been notified of unpaid bills by several of Swift Air's material suppliers as alleged in Paragraph 35 of the Counter-Claim.

10.  Swift Air denies the allegations in Paragraph 36 of the Counter-Claim.

11.  Swift Air is without information sufficient to admit or deny the allegations in Paragraph 37 of the Counter-Claim.

Respectfully submitted,

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404
(361) 881-9643
(361) 883-0506

By: /s/ Simon Purnell
Simon B. Purnell
State Bar No. 24003889
Federal I.D. No. 23509
David Walsh
State Bar No. 00786327
Federal I.D. No. 16319

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I do hereby certify that on this the __16th__ day March, 2000, a true and correct copy of the above document was forwarded to all counsel in accordance with the Federal Rules of Civil Procedure.

Richard J. Hatch, Jr.  
The Hatch Law Firm  
802 N. Carancahua, Suite 665  
Corpus Christi, TX 78470

Certified Mail, RRR: Z 136 744 179

_____  
SIMON B. PURNELL