IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 16 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SWIFT AIR CONDITIONING, INC. | § § § § | CIVIL ACTION NO. C-00-059 |
| VS. | § § | JURY TRIAL DEMANDED |
| STC CONSTRUCTORS, L.L.C. AND AMWEST SURETY INSURANCE COMPANY | § § § § | |

## DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

Defendants, STC Constructors, L.L.C. (STC) and Amwest Surety Insurance Company (Amwest), file this Disclosure of Interested Parties pursuant to the Court's Order for Conference and Disclosure of Interested Parties.

STC Constructors, L.L.C., Defendant and Third Party Plaintiff, is a limited liability company that is financially interested in the outcome of this litigation.

<u>Amwest Surety Insurance Company</u>, Defendant and Third Party Plaintiff, is a Nebraska corporation that is financially interested in the outcome of this litigation.

Respectfully submitted,

THE HATCH LAW FIRM
802 N. Carancahua, Suite 665
Corpus Christi, Texas 78470
Telephone: (361) 698-7898
Telecopier: (361) 698-7717

By: _/s/ Ricke Hatch_____
Richard J. Hatch, Jr.
State Bar No. 09216200
Attorney-in-Charge

ATTORNEYS FOR DEFENDANTS, STC CONSTRUCTORS, L.L.C. AND AMWEST SURETY INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Defendants' Disclosure of Interested Parties was this 16th day of March, 2000, sent via fax to the following person:

Simon B. Purnell
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

_____
Richard J. Hatch, Jr.


s:\rhj\cases\stc\swift air-federal\disclosure.wpd