IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 0 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | CIVIL ACTION NO. C-00-059 |
| | § | |
| VS. | § | JURY TRIAL DEMANDED |
| | § | |
| STC CONSTRUCTORS, L.L.C. | § | |
| AND AMWEST SURETY | § | |
| INSURANCE COMPANY | § | |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
## INITIAL PRETRIAL AND SCHEDULING CONFERENCE

Having considered the Defendants and Third Party Plaintiffs Unopposed Motion to Continue Initial Pretrial and Scheduling Conference, the Court is of the opinion that the Motion should be granted. The Initial Pretrial and Scheduling Conference scheduled for Wednesday, April 5, 2000, at 1:15 p.m. is continued until Wed., May 24, 2000 at 1:15 p.m.

Defendants and Third Party Plaintiffs shall serve a copy of this Order upon Third Party Defendant through its counsel, if known, or if unknown, through its registered agent.

ORDERED this 16 day of March, 2000.

_____
H. W. HEAD, JR., United States District Judge

s:\rhj\cases\stc\swift air-federal\order granting motion to ocntinue.wpd