C-00-59

AO 441 (Rev. 5/85)   Third Party Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | **DATE** 3/20/00 at 3:30 p.m. |
| **NAME OF SERVER** Scott L. Thomas | **TITLE** process server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the third-party defendant. Place where served: 800 Brazos Street, Ste. 750 Austin Texas

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

"Return of Service Attached..."

Executed on _____           **TEXAS CIVIL PROCESS, INC.**
              Date                1650 S. Brownlee Blvd
                    Signature of Server   P.O. Box 3785
                                          Corpus Christi, TX  78463-3785
                                 Address of Server

10.

United States District Court
Southern District of Texas
FILED

MAR 3 1 2000

MICHAEL N. MILBY CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case No.  C-00-059

# RETURN OF SERVICE

Came to hand:   3 / 18 / 2000   At 8:30 o'clock  A .M.

[ X ]   THIRD PARTY SUMMONS
[ X ]   DEFENDANTS', STC CONSTRUCTORS, L.L.C. AND AMWEST SURETY SURETY INSURANCE COMPANY

Executed on:   3 / 30 / 2000   At 3:30 o'clock  P .M.

Executed at:   800 BRAZOS STREET, STE. 750, AUSTIN, TEXAS 78701
within the County of  TRAVIS   by delivering to   **CHATHAM REINSURANCE CORPORATION, by delivering to its registered agent, Corporation Service Company** by and through its agent, Chris Hornsby,

in person, a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

**Not executed** for the following reasons: _____

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit and am authorized by written order of the Court to serve citations and other notices.

Authorized Person:  Scott L. Thomas
*Texas Civil Process, Inc.*
*1650 S. Brownlee Blvd.*
*Corpus Christi, Texas 78404*
*CP-21*

* State of Texas *

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

Given under my hand and seal of office on this the  31st  day of  MARCH , 2000.

MIKE STEWART
NOTARY PUBLIC
State of Texas
Comm. Exp. 07-18-2003

Notary   Public   Signature

Case No. __C-00-059__

# RETURN OF SERVICE

Came to hand: __3__/__18__/__2000__ At __8:30__ o'clock __A__.M.

[ X ]   THIRD PARTY SUMMONS
[ X ]   DEFENDANTS', STC CONSTRUCTORS, L.L.C. AND AMWEST SURETY
         SURETY INSURANCE COMPANY

Executed on: __3__/__30__/__2000__ At __3:30__ o'clock __P__.M.

Executed at: __800 BRAZOS STREET, STE. 750, AUSTIN, TEXAS 78701__
within the County of __TRAVIS__ by delivering to __CHATHAM REINSURANCE__
__CORPORATION, by delivering to its registered agent, Corporation Service Company__
__by and through its agent, Chris Hornsby,__

in person, a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

**Not executed** for the following reasons:_____

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit and am authorized by written order of the Court to serve citations and other notices.

Authorized Person: __Scott L. Thomas__
*Texas Civil Process, Inc.*
*1650 S. Brownlee Blvd.*
*Corpus Christi, Texas 78404*
*CP-21*

\* *State of Texas*  \*

   Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

Given under my hand and seal of office on this the __31st__ day of __MARCH__, 2000.

MIKE STEWART
NOTARY PUBLIC
State of Texas
Comm. Exp. 07-15-2003

N o t a r y    P u b l i c    S i g n a t u r e