IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 20 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SWIFT AIR CONDITIONING, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| STC CONSTRUCTORS, L.L.C. and AMWEST SURETY INSURANCE COMPANY, | § § § § § | CIVIL ACTION NO. C-00-059 |
| Defendants and Third-Party Plaintiffs, | § § § | |
| vs. | § § | |
| CHATHAM REINSURANCE CORPORATION, | § § § | |
| Third-Party Defendant. | § § | |

ORIGINAL ANSWER OF
THIRD-PARTY DEFENDANT CHATHAM REINSURANCE CORPORATION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW CHATHAM REINSURANCE CORPORATION, Third-Party Defendant in the above-captioned case ("Third-Party Defendant"), and for its Original Answer to the Third-Party Complaint ("Third-Party Complaint") of Third-Party Plaintiffs, STC CONSTRUCTORS, L.L.C. and AMWEST SURETY INSURANCE COMPANY ("Third-Party Plaintiffs"), would respectfully show the Court as follows:

ORIGINAL ANSWER OF THIRD-PARTY DEFENDANT
CHATHAM REINSURANCE CORPORATION - Page 1
I:\OGS-1\BIRNE\Chatham\OriginalAns.wpd

I.

## FIRST DEFENSE

AMWEST SURETY INSURANCE COMPANY is not in privity with Third-Party Defendant and has no standing to sue Third-Party Defendant and has no claims for relief against Third-Party Defendant.

II.

## SECOND DEFENSE

The Third-Party Complaint fails to state a claim upon which relief can be granted.

III.

## THIRD DEFENSE

Third-Party Defendant responds to the allegations contained in the Third-Party Complaint as follows:

1. Third-Party Defendant admits the allegations contained in paragraph 38 of the Third-Party Complaint.

2. Third-Party Defendant admits the allegations contained in paragraph 39 of the Third-Party Complaint.

3. In connection with paragraph 40 of the Third-Party Complaint, Third-Party Defendant admits that, as surety, it issued a payment bond wherein Swift Air Conditioning, Inc. is principal and STC Constructors, L.L.C. is obligee in the amount of $110,808.50. Third-Party Defendant denies the remaining allegations contained in paragraph 40 of the Third-Party Complaint.

4. Third-Party Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in paragraph 41 of the Third-Party Complaint that STC

Constructors, L.L.C. has been notified of unpaid bills by several of Swift Air Conditioning, Inc.'s material suppliers. Third-Party Defendant denies the remaining allegations contained in paragraph 41 of the Third-Party Complaint.

5. Third-Party Defendant denies the allegations contained in paragraph 42 of the Third-Party Complaint.

6. Third-Party Defendant denies the allegations contained in paragraph 43 of the Third-Party Complaint that STC Constructors, L.L.C. is entitled to recover attorneys fees.

7. Third-Party Defendant denies that STC Constructors, L.L.C. is entitled to the relief sought in the Prayer.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Third-Party Defendant prays that Third-Party Plaintiffs take nothing by their action and be denied all relief sought herein and that Third-Party Defendant be discharged and awarded its costs of court, and such other and further relief to which it may be justly entitled.

Respectfully submitted,

_____
Robert E. Birne
Texas Bar No. 02342100
Olson Gibbons Wilbur Nicoud
   Birne & Gueck, L.L.P.
2200 Ross Avenue, Suite 2525
Dallas, Texas 75201-6770
214/979-7300
214/979-7301 - Facsimile

(ATTORNEY FOR THIRD-PARTY DEFENDANT)

**ORIGINAL ANSWER OF THIRD-PARTY DEFENDANT
CHATHAM REINSURANCE CORPORATION** - Page 3
I:\OGS-1\BIRNE\Chatham\OriginalAns.wpd

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of April, 2000, a true and correct copy of the above and foregoing Original Answer of Third-Party Defendant Chatham Reinsurance Corporation has been sent, via facsimile and/or certified mail, return receipt requested, to the following parties in accordance with the Federal Rules of Civil Procedure:

Richard J. Hatch, Jr., Esq.
The Hatch Law Firm
Frost Bank Plaza
802 N. Carancahua, Suite 665
Corpus Christi, Texas 78470

Simon B. Purnell, Esq.
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

_____
Robert E. Birne

**ORIGINAL ANSWER OF THIRD-PARTY DEFENDANT**
**CHATHAM REINSURANCE CORPORATION** - Page 4
1:\OGS-1\BIRNE\Chatham\OriginalAns.wpd