IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 19 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SWIFT AIR CONDITIONING, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| STC CONSTRUCTORS, L.L.C. and AMWEST SURETY INSURANCE COMPANY, | § § § § § | CIVIL ACTION NO. C-00-059 |
| Defendants and Third-Party Plaintiffs, | § § § | |
| vs. | § § | |
| CHATHAM REINSURANCE CORPORATION, | § § § | |
| Third-Party Defendant. | § | |

### THIRD-PARTY DEFENDANT'S
### CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW CHATHAM REINSURANCE CORPORATION, Third-Party Defendant in the above-captioned case ("Third-Party Defendant"), and files this certificate of interested persons listing all persons and entities known to Third-Party Defendant to have a financial interest in the outcome of this litigation:

1. Swift Air Conditioning
   2101 Leonard
   Corpus Christi, Texas 78408

2. STC Constructors, LLC
   Iwo Jima and Avenue L
   Naval Air Station
   Corpus Christi, Texas 78408

CERTIFICATE OF INTERESTED PERSONS - Page 1
I:\OGS-1\BIRNE\Chatham\CertIntPersons.wpd

13.

3. Chatham Reinsurance Company
100 Campus Drive
Florham Park, New Jersey 07932-1006

4. Eladio Castaneda
2101 Leopard
Corpus Christi, Texas 78408

5. Delia Castaneda
2101 Leopard
Corpus Christi, Texas 78408

6. Lupe Arana
Iwo Jima and Avenue L
Naval Air Station
Corpus Christi, Texas 78410

7. Ralph Durden
Iwo Jima and Avenue L
Naval Air Station
Corpus Christi, Texas 78410

8. AES of South Texas, LC
1010 Arion Parkway
San Antonio, Texas 78216

9. Amwest Surety Insurance Company
500 South Ervay Street, Suite 420A
Dallas, Texas 75201

Respectfully submitted,

*[signature]*

Robert E. Birne
Texas Bar No. 02342100
Olson Gibbons Wilbur Nicoud
   Birne & Gueck, L.L.P.
2200 Ross Avenue, Suite 2525
Dallas, Texas 75201-6770
214/979-7300
214/979-7301 - Facsimile

**(ATTORNEY FOR THIRD-PARTY DEFENDANT)**

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of May, 2000, a true and correct copy of the above and foregoing Third-Party Defendant's Certificate of Interested Persons has been sent, via facsimile and/or certified mail, return receipt requested, to the following parties in accordance with the Federal Rules of Civil Procedure:

Richard J. Hatch, Jr., Esq.
The Hatch Law Firm
Frost Bank Plaza
802 N. Carancahua, Suite 665
Corpus Christi, Texas 78470

Simon B. Purnell, Esq.
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

_____
Robert E. Birne