| SOUTHERN DISTRICT OF TEXAS | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

MAY 19 2000

MICHAEL N. MILBY CLERK

The United States of America §
For the Use and Benefit of Swift Air §
Conditioning, Inc. §
versus §   CIVIL ACTION NO. CA-C-00-59
§
STC Constructors, LLC, et al. §

### CLERK'S NOTICE OF DEFICIENT PLEADING

The Clerk has filed your <u>Third-Party Defendant's Certificate of Interested Persons</u>; however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. \_\_\_\_ Document is not signed. (L.R.2.A.)

2. \_\_\_\_ Document is not signed by, or by permission of, attorney in charge (L.R.2C.)

3. __X__ Document does not furnish required attorney information. (L.R.2.C.1. (a) through (f). (No Southern District of Texas Bar Number (L.R.2.C.1.D)

4. \_\_\_\_ No certificate of service or explanation why service is not required. (L.R.3.G.)

5. \_\_\_\_ Motion does not comply with L.R.6.

    a. \_\_\_\_ No certificate of consultation (L.R. 6.A.4.)

    b. \_\_\_\_ No certificate of service of motion. (L.R.6.C.)

6. \_\_\_\_ Other: _____

The presiding judicial officer in this matter has requested that deficient pleadings be forwarded to chambers for a strike order if the deficiency is not corrected within FIVE days. You need only re-file the correction specified, but your correction must include the caption and cause number (see L.R. 3.E.) as well as a certificate of service to all opposing counsel.

Date: May 19, 2000
re: D.E. #13/dp

_____
UNITED STATES DEPUTY CLERK

sdtx-DC-CC-1.1
02/07/2000

14.