**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>SWIFT AIR CONDITIONING, INC., | §<br>§<br>§<br>§ | |
| **Plaintiff,** | §<br>§ | |
| v. | §<br>§ | |
| STC CONSTRUCTORS, L.L.C. and<br>AMWEST SURETY INSURANCE<br>COMPANY, | §<br>§<br>§<br>§ | **CIVIL ACTION NO. C-00-059** |
| **Defendants and**<br>**Third-Party Plaintiffs,** | §<br>§<br>§ | |
| vs. | §<br>§ | |
| CHATHAM REINSURANCE<br>CORPORATION, | §<br>§<br>§ | |
| **Third-Party Defendant.** | §<br>§ | |

United States District Court
Southern District of Texas
FILED

**MAY 2 4 2000**

MICHAEL N. MILBY, CLERK

**THIRD-PARTY DEFENDANT'S AMENDED**
**CERTIFICATE OF INTERESTED PERSONS**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**COMES NOW** CHATHAM REINSURANCE CORPORATION, Third-Party Defendant

in the above-captioned case ("Third-Party Defendant"), and files this amended certificate of

interested persons listing all persons and entities known to Third-Party Defendant to have a financial

interest in the outcome of this litigation:

1.      Swift Air Conditioning
        2101 Leonard
        Corpus Christi, Texas 78408

2.      STC Constructors, LLC
        Iwo Jima and Avenue L
        Naval Air Station
        Corpus Christi, Texas 78408

15

3.    Chatham Reinsurance Company
      100 Campus Drive
      Florham Park, New Jersey 07932-1006

4.    Eladio Castaneda
      2101 Leopard
      Corpus Christi, Texas 78408

5.    Delia Castaneda
      2101 Leopard
      Corpus Christi, Texas 78408

6.    Lupe Arana
      Iwo Jima and Avenue L
      Naval Air Station
      Corpus Christi, Texas 78410

7.    Ralph Durden
      Iwo Jima and Avenue L
      Naval Air Station
      Corpus Christi, Texas 78410

8.    AES of South Texas, LC
      1010 Arion Parkway
      San Antonio, Texas 78216

9.    Amwest Surety Insurance Company
      500 South Ervay Street, Suite 420A
      Dallas, Texas 75201

                         Respectfully submitted,


                         Robert E. Birne
                         Texas Bar No. 02342100
                         Federal Bar No. 19195
                         Olson Gibbons Wilbur Nicoud
                            Birne & Gueck, L.L.P.
                         2200 Ross Avenue, Suite 2525
                         Dallas, Texas  75201-6770
                         214/979-7300
                         214/979-7301 - Facsimile

                         **(ATTORNEY FOR THIRD-PARTY DEFENDANT)**

## CERTIFICATE OF SERVICE

This is to certify that on this _22nd_ day of May, 2000, a true and correct copy of the above and foregoing Third-Party Defendant's Amended Certificate of Interested Persons has been sent, via facsimile and/or certified mail, return receipt requested, to the following parties in accordance with the Federal Rules of Civil Procedure:

Richard J. Hatch, Jr., Esq.
The Hatch Law Firm
Frost Bank Plaza
802 N. Carancahua, Suite 665
Corpus Christi, Texas 78470

Simon B. Purnell, Esq.
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

Robert E. Birne