# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

## RESETTING

THE UNITED STATES OF AMERICA
FOR USE AND BENEFIT OF SWIFT
AIR CONDITIONING, INC.

V.   CASE NUMBER: CA-C-00-59

STC CONSTRUCTORS, LLC., ET AL

## NOTICE TO APPEAR

United States District Court
Southern District of Texas
FILED

JUN 1 9 2000

Michael N. Milby
Clerk of Court

TO:  Simon Brian Purnell
     Richard J. Hatch, Jr.
     Robert E. Birne

**YOU ARE ORDERED TO APPEAR** <u>Monday, July 24, 2000 at 1:15 p.m.</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

TO ATTEND THE FOLLOWING PROCEEDING:

___ Sentencing                                      ___ Status Conference

___ Revocation Hearing                              _X_ Other: Scheduling Conf.
                                                    Continued from May 24, 2000

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy: __Judith F. Alvarez__          Date: June 19, 2000