# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

RESETTING

THE UNITED STATES OF AMERICA
FOR USE AND BENEFIT OF SWIFT
AIR CONDITIONING, INC.

17.

V.   CASE NUMBER: CA-C-00-59

STC CONSTRUCTORS

## NOTICE TO APPEAR

TO:   Simon Brian Purnell
      Richard J. Hatch
      Robert E. Birne

United States District Court
Southern District of Texas
FILED

JUN 2 2 2000

Michael N. Milby
Clerk of Court

**YOU ARE ORDERED TO APPEAR** Thursday, August 17, 2000 at 1:15 p.m., before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

TO ATTEND THE FOLLOWING PROCEEDING:

Scheduling Conference
Continued from July 24, 2000

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy: __Judith F. Alvarez__        Date: June 22, 2000