IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 4 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| STC CONSTRUCTORS, L.L.C., AND | § | |
| AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |

**NOTICE OF APPEARANCE OF CO-COUNSEL FOR
PLAINTIFF THE UNITED STATES OF AMERICA FOR THE USE
AND BENEFIT OF SWIFT AIR CONDITIONING, INC.**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF

SWIFT AIR CONDITIONING, INC., as Plaintiff in the above entitled civil action, and would show

unto the Court as follows:

I.

Plaintiff hereby gives notice to the Court and to all parties to this lawsuit that the "Attorney

in Charge" for Plaintiff will remain Simon B. Purnell, State Bar No. 24003889, Southern District

of Texas bar number 23509, Brin & Brin, P.C. 1202 Third Street, Corpus Christi, Texas 78404,

telephone (361) 881-9643, and facsimile (361) 883-0506; and Mr. Purnell will be joined by co-

counsel David Walsh, State Bar No. 00786327, Southern District of Texas bar number 16319, Brin

& Brin, P.C., 1202 Third Street, Corpus Christi, Texas 78404, telephone (361) 881-9643, and

facsimile (361) 883-0506.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereby gives notice to the Court and

to all parties of record of designation of "Attorney in Charge" and co-counsel, and for such other and

further relief to which these Defendants are entitled.

Respectfully submitted,

Simon B. Purnell
State Bar No. 24003889
Federal I.D. No. 23509

David Walsh
Federal ID #16319
State Bar #00786327
Attorneys in Charge

ATTORNEY FOR PLAINTIFF

OF COUNSEL:

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas  78404
361-881-9643
361-883-0506 (Fax)

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 14th day August, 2000, a true and correct copy of the above document was forwarded to all counsel in accordance with the Texas Rules of Civil Procedure.

Mr. Richard J. Hatch, Jr.
The Hatch Law Firm
802 N. Carancahua, suite 665
Frost Bank Plaza
Corpus Christi, TX 78470
Attorneys for Defendant, STC Constructors, LLC

Mr. Robert E. Birne
Olson Gibbons Wilbur
     Nicoud Birne & Gueck, LLP
2200 Ross Avenue, Suite 2525
Dallas, Texas 75201-6770

SIMON B. PURNELL