CV ACTION NO.: __C-00-59__

UNITED STATES OF AMERICA / )   COUNSEL: DAVID WALSH, SIMON PURNELL
Swift Air Cond. )
VS.
~~RICHARD J.~~ )   COUNSEL: Richard Hatch
STC CONSTRUCTORS, )            Robert Birne
ET AL

United States District Court
Southern District of Texas
FILED

JUDGE PRESIDING: __HAYDEN W. HEAD, JR.__   AUG 17 2000

MICHAEL N. MILBY, CLERK

COURTROOM CLERK: __Judith F. Alvarez__  COURT RECORDER: __Genay Rogan__
LAW CLERK: __Dave Barranco__   INTERPRETER: _____
~~U.S. MARSHAL~~/CSO: __A. Perez__   U.S.P.O.: _____
DATE: __Aug. 17, 2000__   OPEN: __1:13 pm__   ADJOURN: __1:33 pm__
TAPE: __2/740-1467__

Case called for Scheduling Conference. Appearances made. Pltf Atty Walsh advises the Court of the facts of the case. Def Atty explains why they cut off the contract with Swift Air. Def Atty says they are talking about meeting for settlement and having an early mediation. Mr. Walsh said they are going to try settlement. Mr. Walsh says they would like to move dates on Scheduling Order back into future by three months to April, 2001. All parties agree on dates for SO. Pltf submits those dates in handwritten form. ETT: 3-4 days. Jury Trial & selection is set for Mon., April 23, 2000 at 9:00 AM. Parties agree that there will be no deposition work except for disclosures until after mediation. The Court orders parties to file a deposition schedule. Adjourned.

19.