THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 8 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SWIFT AIR CONDITIONING, INC. | § § § § | 21. |
| V. | § | CA. NO.C-00-59 |
| STC CONSTRUCTORS | § § § | |
| V. | § § | |
| CHATHAM REINSURANCE CORP. | § | |

## ORDER TO FILE

After concluding mediation, and before taking any depositions, the parties will file an agreed deposition schedule identifying each deponent and agreeing on a time limit for each deposition. Should the parties be unable to agree, the Court will issue an order scheduling the depositions and setting deposition time limits.

ORDERED this 17 day of August, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE