IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA § <br> FOR THE USE AND BENEFIT OF § <br> SWIFT AIR CONDITIONING, INC. § <br> § <br> VS. § <br> § <br> STC CONSTRUCTORS, L.L.C., AND § <br> AMWEST SURETY INSURANCE § <br> COMPANY § | NO. C-00-059 | United States District Court <br> Southern District of Texas <br> FILED <br> OCT 1 0 2000 <br> MICHAEL N. MILBY, CLERK |

## NOTICE OF MOTION TO COMPEL DISCOVERY

TO DEFENDANT, STC CONSTRUCTORS, LLC, AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON _____ at _____, or as soon thereafter as the matter may be heard in the above-entitled Court located at 521 Starr Street, Corpus Christi, Texas 78401, Plaintiff will and hereby does move this Court for an order compelling Defendant, STC Constructors, LLC to produce documents identified in its initial Disclosures.  Plaintiff also moves for an order that Defendant, STC Constructors, LLC pay to the moving party the sum of $2,700.00 as the reasonable costs and attorneys fees incurred by the moving party in connection with this proceeding.  This motion is made on the grounds that said documents are relevant to the subject matter of the action, were ordered by the Court and do not relate to privileged matters, and the refusal to respond, if any, is without justification.

This motion will be based on this Notice of Motion and Motion filed herewith and the declaration of David Walsh, the order of this Court and initial disclosures filed by Defendant, copies of which are attached hereto and incorporated herein as Exhibit "A".

22.

DATED: October 10, 2000

                                Respectfully submitted,

                                BRIN & BRIN, P.C.
                                1202 Third Street
                                Corpus Christi, Texas 78404
                                (361) 881-9643
                                (361) 883-0506

By: /s/ David Walsh
                                Simon B. Purnell
                                State Bar No. 24003889
                                Federal I.D. No. 23509
                                David Walsh
                                State Bar No. 00786327
                                Federal I.D. No. 16319

                                COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I do hereby certify that on this the 10th day October, 2000, a true and correct copy of the above document was forwarded to all counsel in accordance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| Richard J. Hatch, Jr.<br>The Hatch Law Firm<br>802 N. Carancahua, Suite 665<br>Corpus Christi, TX 78470 | Certified Mail, RRR: |
| Robert E. Birne<br>Olson Gibbons Wilbur Nicoud<br>  Birne & Gueck, L.L.P.<br>2200 Ross Avenue, Suite 2525<br>Dallas, Texas 75201-6770 | Regular Mail |

                                /s/ David Walsh
                                David Walsh