IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF § | |
| SWIFT AIR CONDITIONING, INC. § | |
| § | |
| VS. § | |
| § | |
| STC CONSTRUCTORS, L.L.C., AND § | |
| AMWEST SURETY INSURANCE § | |
| COMPANY § | |

United States District Court
Southern District of Texas
FILED

OCT 10 2000

MICHAEL N. MILBY, CLERK

## MOTION TO COMPEL DISCOVERY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

USE PLAINTIFF, SWIFT AIR CONDITIONING, INC., would respectfully move as follows:

1. Use Plaintiff will and hereby does move this Court for an order compelling Defendant, STC Constructors, LLC to produce documents identified in its initial Disclosures. According to the Federal Rules of Civil Procedure, the order of this Court, and statements of defense counsel, STC Constructors was to provide this Plaintiff with documents responsive to the requirements of Rule 26 by August 30, 2000. However, despite numerous telephone conferences and correspondence to defense counsel regarding the documents, none have been provided to date. In addition to being a blatant disregard of the Disclosure requirements, these actions by defense counsel have seriously impeded this Plaintiff's ability to prepare for mediation on October 20th, 2000.

2. Plaintiff also moves for an order that Defendant, STC Constructors, LLC pay to the moving party the sum of $2,700.00 as the reasonable costs and attorneys fees incurred by Swift Air

1

Conditioning, the moving party in connection with this proceeding. This motion is made on the grounds that said documents are relevant to the subject matter of the action, are required to be disclosed under Rule 26, were ordered by the Court and do not relate to privileged matters. Further, the refusal to provide these documents is without justification.

3. This motion is based on the aforementioned, the declaration of David Walsh, the order of this Court, the clear language of the Federal Rules of Civil Procedure and initial disclosures filed by Defendant, copies of which are attached hereto and incorporated herein as Exhibit "A".

DATED: October 10, 2000.

                                                      Respectfully submitted,

                                                      BRIN & BRIN, P.C.
                                                      1202 Third Street
                                                      Corpus Christi, Texas 78404
                                                      (361) 881-9643
                                                      (361) 883-0506

By: _/s/ David Walsh_____
                                                 Simon B. Purnell
                                                 State Bar No. 24003889
                                                 Federal I.D. No. 23509
                                                 David Walsh
                                                 State Bar No. 00786327
                                                 Federal I.D. No. 16319
                                          COUNSEL FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

     In compliance with Rule 37(a)(2)(A) of the Federal Rules of Civil Procedures, movant hereby certifies and he has, in good faith, attempted to confer with the party not making the disclosure in an effort to secure the disclosure without Court action, but were unable to reach agreement concerning the same. Court intervention is, therefore, necessary.

2

I hereby certify that I have conferred with the following counsel of record and their positions on this Motion are as follows:

| | |
|---|---|
| Richard Hatch, Jr.<br>Robert Birne | Opposed<br>Unopposed |

_____
David Walsh

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 10th day October, 2000, a true and correct copy of the above document was forwarded to all counsel in accordance with the Federal Rules of Civil Procedure.

Richard J. Hatch, Jr.                     Certified Mail, RRR:
The Hatch Law Firm
802 N. Carancahua, Suite 665
Corpus Christi, TX 78470

Robert E. Birne                            Regular Mail
Olson Gibbons Wilbur Nicoud
  Birne & Gueck, L.L.P.
2200 Ross Avenue, Suite 2525
Dallas, Texas 75201-6770

_____
David Walsh

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| STC CONSTRUCTORS, L.L.C., AND | § | |
| AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |

## ORDER

CAME ON for consideration the Motion to Compel Discovery of Swift Air Conditioning, Inc., Use Plaintiff in this cause, seeking an order compelling Defendant to answer duly ordered and required Disclosures. It appearing that good cause has been shown, therefore, it is:

ORDERED that Defendant, STC Constructors, L.L.C., serve full and complete answers on Use Plaintiff, Swift Air Conditioning, Inc., to Disclosures as required by the Federal Rules of Civil Procedure. It is further ORDERED that such answers be served no later than fifteen (15) days from the date of this Order. It is further ORDERED that Defendant shall pay to Use Plaintiff, Swift Air Conditioning, Inc., the sum of $ _____ as attorney's fees.

ENTERED this _____ day of _____, 2000, at Corpus Christi, Texas.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>SWIFT AIR CONDITIONING, INC.<br><br>VS.<br><br>STC CONSTRUCTORS, L.L.C., AND<br>AMWEST SURETY INSURANCE<br>COMPANY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. C-00-059 |

## DECLARATION IN SUPPORT OF MOTION TO COMPEL

I, David Walsh, declare as follows:

1. I am one of the attorneys of record for Plaintiff, Swift Air Conditioning, Inc., in the above-entitled action.

2. On August 17, 2000, Defendant, STC Constructors, LLC, filed its "Initial Disclosures," a copy of which is attached hereto as Exhibit "A," without supporting documentation.

3. On multiple occasions, I contacted counsel for Defendant and discussed the documents indicated in Exhibit "A." I attempted in good faith to request the documents without the need for court intervention. I was unable to resolve such disputes and advised counsel that I would be required to make a motion to compel.

4. The documents requested are required to be produced as part of the initial disclosures. Further, defense counsel stated represented to this Use Plaintiff and this Court that the documents would be produced by the end of August, 2000.

5. The following is an itemization of the fees and expenses incurred by the moving party in seeking this order to compel discovery:

| | | |
|---|---|---|
| a. | Telephone conferences with defense counsel regarding Documents | $200.00 |
| b. | Research issues regarding documents | $600.00 |
| c. | Conference with client regarding documents | $300.00 |
| d. | Draft and prepare motions to compel | $500.00 |
| e. | Draft and prepare correspondence to defense counsel regarding documents | $100.00 |
| f. | Prepare for and attend hearing on Motion to Compel | $1000.00 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on October \_\_10\_\_, 2000.

_David Walsh_ (signature)
David Walsh

2