UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 1 2000

Michael N. Milby
Clerk of Court

THE UNITED STATES OF AMERICA   )
FOR THE USE AND BENEFIT OF      )
SWIFT AIR CONDITIONING, INC.    )            24.
                                )
VS                              )        CA-C-00-59
                                )
                                )
STC CONSTRUCTORS, LLC, AND      )
AMWEST SURETY INSURANCE CO.     )

DOCKET ENTRY

        The Plaintiff's Motion to Compel Discovery has been referred

by Judge Head to the Magistrate Judge for dispostion.

_____

_____

_____

_____

_____

_____

MICHAEL N. MILBY, CLERK
U. S. DISTRICT CLERK


By:  Judith F. Alvarez
        Deputy Clerk


October 11, 2000
Date

ClibPDF - www.fastio.com