# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

# HEARING NOTICE

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br>The United States of America<br>for the use and benefit of<br>Swift Air Conditioning, Inc. | §<br>§<br>§<br>§<br>§ | United States District Court<br>Southern District of Texas<br>FILED<br>**OCT 11 2000**<br>MICHAEL N. MILBY CLERK<br>25. |
| V. | § | CASE NO.  C.A. C-00-59 |
| STC CONSTRUCTORS, L.L.C., AND<br>AMWEST SURETY INSURANCE CO. | §<br>§<br>§ | |

TYPE OF CASE: ___X___ CIVIL     _____ CRIMINAL

## YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

Honorable B. Janice Ellington
United States Magistrate Judge
1600 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476

TIME:  __3:30 p.m.__     DATE:  __Friday, October 13, 2000__

## PURPOSE OF PROCEEDING:

*Motion to Compel Discovery (D.E. 23)*

Michael N. Milby, Clerk

By: Deputy Clerk

DATE: 10.11.00

cc:
David Walsh
Simon B. Purnell
Fax: (361) 883-0506

Richard J. Hatch, Jr.
Fax: (361) 698-7717