

United States District Court
Southern District of Texas
FILED

OCT 13 2000

MICHAEL N. MILBY CLERK

# HONORABLE B. JANICE ELLINGTON
# UNITED STATES MAGISTRATE JUDGE

___Myra B. Alaniz___ , Deputy Clerk

___October 13, 2000___ , Date

## MINUTE ENTRY

26.

THE UNITED STATES OF AMERICA FOR THE USE AND
BENEFIT OF SWIFT AIR CONDITIONING, INC.

C.A. No. <u>CA C-00-59</u>    V.

STC CONSTRUCTORS, LLC, AND AMWEST SURETY INS. CO.

The hearing scheduled for Friday, October 13, 2000 at 3:30 p.m. is canceled. Plaintiff's attorney, Mr. David Walsh, informed the clerk that the Motion to Compel (D.E. 23) has been resolved. Magistrate Judge Ellington orders D.E. 23 terminated as moot and a copy of this minute entry mailed to all parties.