IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 13 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| STC CONSTRUCTORS, L.L.C., AND | § | |
| AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |

## STIPULATION FOR FILING OF AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

It is hereby stipulated by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

It is further stipulated that the Defendant waives notice and service of the Amended Complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by Defendant to the Original Complaint shall be responsive to the Amended Complaint. See attached letter confirming this agreement.

DATED: November 10, 2000.

Respectfully submitted,

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404
(361) 881-9643
(361) 883-0506

By: _____
Simon B. Purnell
State Bar No. 24003889
Federal I.D. No. 23509
David Walsh
State Bar No. 00786327
Federal I.D. No. 16319

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 10th day of November, 2000 a true and correct copy of the above document was forwarded to all counsel in accordance with the Federal Rules of Civil Procedure.

Richard J. Hatch, Jr.      Via Certified Mail
The Hatch Law Firm      Return Receipt Requested  No. 7000 0520 0020 4574 0192
802 N. Carancahua, Suite 665
Frost Bank Plaza
Corpus Christi, TX 78470
**Attorney for STC Constructors, LLC**

Mr. Robert E. Birne      Via Regular Mail
Olson Gibbons Wilbur
 Nicoud Birne & Gueck, LLP
2200 Ross Avenue, Suite 2525
Dallas, TX 75201-6770
**Attorney for Chatham Reinsurance Corporation**

_____
Simon B. Purnell

# THE HATCH LAW FIRM
*A PROFESSIONAL CORPORATION*
ATTORNEYS AT LAW
FROST BANK PLAZA

RICHARD J. HATCH, JR.
DIRECT DIAL
(361) 698-7898

rhatchjr@hatchlawfirm.com
TELEPHONE (361) 698-7890
FAX (361) 698-7717

November 1, 2000

3174/001034

**VIA FAX 883-0506**

Mr. David Walsh
Brin & Brin
1202 Third Street
Corpus Christi, Texas 78404

      Re:    C.A. No. C-00-059, The United States of America for the Use and Benefit of Swift Air Conditioning vs. STC Constructors, L.L.C. and Amwest Surety Insurance Company

Dear David:

    I am writing in response to your letter dated October 30, 2000 in connection with the Plaintiff's Motion for Leave to File an Amended Complaint. Defendants do not oppose Plaintiff's Motion for Leave to File an Amended Complaint **if** the amendment consolidates Plaintiff's Nueces County state court claims with the federal court action, **and** Plaintiff dismisses its Nueces County state court claim. Otherwise, Defendants oppose Plaintiff's Motion for Leave. If you have any questions, please call.

                Very truly yours,

                *Rick Hatch*

                Richard J. Hatch, Jr.

RJHj/ic
s:\rhj\cases\stc\swift air-federal\walsh.wpd

    cc:    Ms. Mary Lupe Arana, President
           STC Constructors, LLC
           P.O. Box 18784
           Corpus Christi, Texas 78480
           **VIA FAX 939-7984**