IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

**NOV 3 0 2000**

Michael N. Milby, Clerk

THE UNITED STATES OF AMERICA §
FOR THE USE AND BENEFIT OF §
SWIFT AIR CONDITIONING, INC. §        CIVIL ACTION NO. C-00-059
                                    §
VS.                                 §        JURY TRIAL DEMANDED
                                    §
STC CONSTRUCTORS, L.L.C.            §
AND AMWEST SURETY                   §
INSURANCE COMPANY                   §

### DEFENDANTS', STC CONSTRUCTORS, L.L.C. AND AMWEST SURETY INSURANCE COMPANY, ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants, STC Constructors, L.L.C. (STC) and Amwest Surety Insurance Company
(Amwest), file this their Answer to Plaintiff's First Amended Complaint.

#### Nature of Action

1.      Defendants are without knowledge or information sufficient to form a belief
as to the truth of the allegations contained in paragraph 1 of the Amended Complaint.

#### Parties

2.      Defendants are without knowledge or information sufficient to form a belief
as to the truth of the allegations contained in paragraph 2 of the Amended Complaint.

3.      STC denies that it is a Texas corporation; it is a Texas limited liability
company. Defendants admit that STC was served and has made an appearance in this case.

4.      Amwest denies that it is a Texas corporation.   Amwest is a Nebraska
corporation licensed to do business in the State of Texas, including acting as surety on Miller



Act bonds. Defendants admit the allegations in paragraph 4 of the Amended Complaint regarding Amwest's registered agent; however, Amwest has been served and made an appearance in this case.

## Jurisdiction

5.    Defendants admit the allegations of paragraph 5 of the Amended Complaint.

6.    Defendants admit the allegations of paragraph 6 of the Amended Complaint.

7.    Defendants admit the allegations of paragraph 7 of the Amended Complaint.

## Count I

8.    Defendants rely on their previous responses to paragraphs 1 through 7.

9.    Defendants admit the allegations of paragraph 9 of the Amended Complaint.

10.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Amended Complaint.

11.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Amended Complaint.

12.    Defendants deny the allegations contained in paragraph 12 of the Amended Complaint.

13.    STC admits that it has not paid Plaintiff $129,197.57, but Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 13 of the Amended Complaint.

14.     At this time, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Amended Complaint.

15.     Defendants admit the allegations of paragraph 15 of the Amended Complaint.

## Pendente State Claims

## Count II

16.     Defendants rely on their previous responses to paragraphs 1-15 and Defendants admit the remaining allegations contained in paragraph 16 of the Amended Complaint.

17.     Defendants admit the allegations contained in paragraph 17 of the Amended Complaint.

18.     Defendants deny the allegations contained in paragraph 18 of the Amended Complaint.

19.     Defendants deny the allegations contained in paragraph 19 of the Amended Complaint.

20.     Defendants deny the allegations contained in paragraph 20 of the Amended Complaint.

21.     Defendants admit that STC has not paid Swift Air the amount demanded.

## Count III

22.     Defendants rely on their previous responses to paragraphs 1-21.

23.     Defendants admit that Swift Air is entitled to some compensation, but not the amount claimed by Swift Air.

24.     Defendants deny the allegations contained in paragraph 24 of the Amended Complaint.

## Count IV

25.     Defendants rely on their previous responses to paragraphs 1-24.

26.     Defendants deny the allegations contained in paragraph 26 of the Amended Complaint.

27.     Defendants deny the allegations contained in paragraph 27 of the Amended Complaint.

28.     Defendants deny the allegations contained in paragraph 28 of the Amended Complaint.

## Conversion and Trover

29.     Defendants rely on their previous responses to paragraphs 1-28.

30.     Defendants deny the allegations contained in paragraph 30 of the Amended Complaint.

31.     Defendants deny the allegations contained in paragraph 31 of the Amended Complaint.

## Interference with Contractual Relations

32.     Defendants rely on their previous responses to paragraphs 1-31.

33.     Defendants deny the allegations contained in paragraph 33 of the Amended Complaint.

34.     Defendants deny the allegations contained in paragraph 34 of the Amended Complaint.

35.     Defendants deny the allegations contained in paragraph 35 of the Amended Complaint.

36.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint.

WHEREFORE, Defendants, STC Constructors, L.L.C. and Amwest Surety Reinsurance Company, request judgment that Plaintiff take nothing by this suit and that Defendants recover all costs together with such other and further relief to which they may be justly entitled.

Respectfully submitted,

THE HATCH LAW FIRM
802 N. Carancahua, Suite 665
Corpus Christi, Texas 78470
Telephone: (361) 698-7898
Telecopier: (361) 698-7717

By: Rick Hatch
Richard J. Hatch, Jr.
State Bar No. 09216200
Attorney-in-Charge

ATTORNEYS FOR DEFENDANTS, STC CONSTRUCTORS, L.L.C. AND AMWEST SURETY INSURANCE COMPANY

- 5 -

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Defendants', STC Constructors, L.L.C. and Amwest Surety Insurance Company, Answer to Plaintiff's First Amended Complaint, was this _30th_ day of November, 2000, sent by fax to the following persons:

Simon B. Purnell
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

Robert Birne
Olson Gibbons Wilbur
 Nicoud Birne & Gueck, LLP
2200 Ross Avenue, Suite 2525
Dallas, Texas 75201-6770

_Rich Hatch_
Richard J. Hatch, Jr.

s:\rhj\cases\stc\swift air-federal\amended answer.wpd