IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

DEC 05 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC., | § | CIVIL ACTION NO. C-00-059 |
| Plaintiff | § | |
| | § | |
| VS. | § | JURY TRIAL DEMANDED |
| | § | |
| STC CONSTRUCTORS, L.L.C. | § | |
| AND AMWEST SURETY | § | |
| INSURANCE COMPANY, | § | |
| Defendants and | § | |
| Third Party Plaintiffs, | § | |
| | § | |
| VS. | § | |
| | § | |
| CHATHAM REINSURANCE | § | |
| CORPORATION, | § | |
| Third Party Defendant. | § | |

**JOINT MOTION TO EXTEND THE DISCOVERY & MOTION DEADLINE
AND DEPOSITION SCHEDULE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, USE PLAINTIFF, SWIFT AIR CONDITIONING, INC., and joined by DEFENDANTS, STC CONSTRUCTORS, L.L.C. AND AMWEST SURETY INSURANCE COMPANY, and THIRD-PARTY DEFENDANTS, CHATHAM REINSURANCE CORPORATION, files this their Joint Motion to Extend the Discovery & Motion Deadline and Deposition Schedule and they would respectfully petition the Court as follows:

1.  The Court's Scheduling Order set the deadline for all discovery and all dispositive motions in this case to be completed/filed on or before January 2, 2001. The Parties have agreed due to the holidays and scheduling conflicts that additional time is needed in order to complete discovery.

As such, the Parties submit this Joint Motion and Order to Extend the Discovery & Motions Deadline to the new date of March 2, 2001.

2. Pursuant to the Court's Scheduling Order, the Parties hereby submit their agreed upon Deposition Schedule for this case which is attached hereto as Exhibit "A".

3. The Parties request this Court to enter the attached Order extending the Discovery & Motions Deadline to March 2, 2001, and approving the Parties' Deposition Schedule. The extension of the discovery & motions deadline will not impact the other deadlines in the Court's Scheduling Order.

WHEREFORE, PREMISES CONSIDERED, all Parties to this lawsuit respectfully request this Court to extend the Discovery & Motions Deadline in the Court's Scheduling Order to March 2, 2001, and to approve the Parties' agreed upon Deposition Schedule.

DATED: December 5, 2000.

Respectfully submitted,

*David Walsh* (signature)

Simon B. Purnell
State Bar No. 24003889
Federal I.D. No. 23509
David Walsh
State Bar No. 00786327
Federal I.D. No. 16319
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404
Telephone: (361) 881-9643
Telecopier: (361) 883-0506

COUNSEL FOR USE PLAINTIFF,
SWIFT AIR CONDITIONING, INC.:

*Rick Hatch*

Richard J. Hatch, Jr.
State Bar No. 09216200
Federal Id. No. _1487_
The Hatch Law Firm
802 N. Carancahua, Suite 665
Corpus Christi, Texas 78470
Telephone: (361) 698-7898
Telecopier: (361) 698-7717

COUNSEL FOR DEFENDANTS AND
THIRD PARTY PLAINTIFFS,
STC CONSTRUCTORS, L.L.C. AND
AMWEST SURETY
INSURANCE COMPANY

_____

Robert E. Birne
State Bar No. 02342100
Federal Id. No. _____
Olson Gibbons Wilbur Nicoud
  Birne & Gueck, L.L.P.
2200 Ross Avenue, Suite 2525
Dallas, Texas 75201-6770
Telephone: (214) 979-7300
Telecopier: (214) 979-7301

COUNSEL FOR THIRD PARTY
DEFENDANT, CHATHAM
REINSURANCE CORPORATION

- 3 -

12/04/00 14:51  OLSON GIBBONS → 361 883 0506                NO.326 P002/002
11/29/00   11:35              5128839970
11/29/00  11:29 FAX 512883997      BRIN & BRIN              ☒005/008

COUNSEL FOR USE PLAINTIFF,
SWIFT AIR CONDITIONING, INC.:

---

Richard J. Hatch, Jr.
State Bar No. 09216200
Federal Id. No. _____
The Hatch Law Firm
802 N. Carancahua, Suite 665
Corpus Christi, Texas 78470
Telephone: (361) 698-7898
Telecopier: (361) 698-7717

COUNSEL FOR DEFENDANTS AND
THIRD PARTY PLAINTIFFS,
STC CONSTRUCTORS, L.L.C. AND
AMWEST SURETY
INSURANCE COMPANY

*/s/ Robert E. Birne*

Robert E. Birne
State Bar No. 02342100
Federal Id. No. 19195
Olson Gibbons Wilbur Nicoud
   Birne & Gueck, L.L.P.
2200 Ross Avenue, Suite 2525
Dallas, Texas 75201-6770
Telephone: (214) 979-7300
Telecopier: (214) 979-7301

COUNSEL FOR THIRD PARTY
DEFENDANT, CHATHAM
REINSURANCE CORPORATION

-3-

# EXHIBIT "A"

## PARTIES' AGREED UPON DEPOSITION SCHEDULE

Plaintiff's Deposition List:

| Deponent | Anticipated Length |
|---|---|
| Ralph Durden | 6 hours |
| Lupe Arana | 6 hours |
| Richard Tagle | 2 hours |
| Robert Figueroa | 2 hours |
| George Castaneda | 2 hours |
| Ken Morgan | 2 hours |
| Lt. Ralph Fields | 2 hours |

Defendant's Deposition List:

| Deponent | Anticipated Length |
|---|---|
| Eli Castaneda | 6 hours |
| Ted Hodges | 2 hours |
| Betty Lou Harris | 2 hours |
| Frank Longoria | 2 hours |
| Dean Moon | 2 hours |
| Robert Colmeneros | 2 hours |
| Victor Martinez | 2 hours |
| Henry Almarez | 2 hours |

Third-Party Defendant's Deposition List:

**Deponent**  **Anticipated Length**
Third-Party Defendant incorporates Plaintiff's & Defendant's Lists and adds no additional deponents.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC., | § | CIVIL ACTION NO. C-00-059 |
| Plaintiff | § | |
| | § | |
| VS. | § | JURY TRIAL DEMANDED |
| | § | |
| STC CONSTRUCTORS, L.L.C. | § | |
| AND AMWEST SURETY | § | |
| INSURANCE COMPANY, | § | |
| Defendants and | § | |
| Third Party Plaintiffs, | § | |
| | § | |
| VS. | § | |
| | § | |
| CHATHAM REINSURANCE | § | |
| CORPORATION, | § | |
| Third Party Defendant. | § | |

**ORDER EXTENDING THE DISCOVERY & MOTION DEADLINE
AND APPROVING DEPOSITION SCHEDULE**

CAME ON for consideration the Parties' Joint Motion to Extend the Discovery & Motion Deadline and Deposition Schedule, seeking an order extending the discovery & motions deadline from the current deadline of January 2, 2001, to the new discovery & motions deadline of March 2, 2001, and seeking approval of the Discovery Schedule.

IT ID, THEREFORE, ORDERED that the Court's Scheduling Order is amended extending the discovery & motions deadline from the current deadline of January 2, 2001, to the new discovery & motions deadline of March 2, 2001, and approving the Parties' agreed upon Discovery Schedule.

ENTERED this _____ day of _____, 2000, at Corpus Christi, Texas.

_____
UNITED STATES DISTRICT JUDGE