United States District Court
Southern District of Texas
ENTERED

DEC 1 1 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SWIFT AIR CONDITIONING, INC., Plaintiff | § § § § § | CIVIL ACTION NO. C-00-059 |
| VS. | § § | JURY TRIAL DEMANDED |
| STC CONSTRUCTORS, L.L.C. AND AMWEST SURETY INSURANCE COMPANY, Defendants and Third Party Plaintiffs, | § § § § § § | |
| VS. | § § | |
| CHATHAM REINSURANCE CORPORATION, Third Party Defendant. | § § § | |

## ORDER EXTENDING THE DISCOVERY & MOTION DEADLINE AND APPROVING DEPOSITION SCHEDULE

CAME ON for consideration the Parties' Joint Motion to Extend the Discovery & Motion Deadline and Deposition Schedule, seeking an order extending the discovery & motions deadline from the current deadline of January 2, 2001, to the new discovery & motions deadline of March 2, 2001, and seeking approval of the Discovery Schedule.

IT ID, THEREFORE, ORDERED that the Court's Scheduling Order is amended extending the discovery & motions deadline from the current deadline of January 2, 2001, to the new discovery & motions deadline of March 2, 2001, and approving the Parties' agreed upon Discovery Schedule.

ENTERED this 8 day of Dec , 2000, at Corpus Christi, Texas.

UNITED STATES DISTRICT JUDGE