IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 02 2001

Michael N. Milby, Clerk

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| STC CONSTRUCTORS, L.L.C., AND | § | |
| AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now SIMON B. PURNELL, DAVID WALSH, and BRIN & BRIN, P.C., as attorneys of record for SWIFT AIR CORPORATION, Use Plaintiff in the above-entitled and numbered cause, and pursuant to Southern District of Texas Local Rule 2 requests permission to withdraw from representing said Plaintiff, and as grounds therefore, would show unto this Court as follows:

I.

SIMON B. PURNELL, DAVID WALSH, and BRIN & BRIN, P.C., would hereby show good cause exists for this request to withdraw as attorney of record in representing Plaintiff based upon a series of developments which have made it impossible for the undersigned attorneys to represent the Defendants. See Exhibit "A", Affidavit of David Walsh, which is incorporated herein by reference for all purposes.

II.

Based upon the client's dissatisfaction with the representation of the undersigned counsel and further based upon the accusations made by the client with regard to representing the client's interests, the undersigned counsel explained the very real conflict of interest which is now present and which prevents the undersigned from continuing any legal representation with these clients.

Similar motions to withdraw are being filed in all cases in which the undersigned represent this client.

### III.

A copy of this motion has been delivered to the Plaintiff by certified and regular mail. Plaintiff has been notified in writing of their right to object to the motion. To date, Plaintiff has failed to retain new counsel or, at least, have failed to informed the undersigned of this new counsel. Plaintiff, through Attorney Edwin Baker, has indicated that they are in the process of obtaining new counsel to take over the prosecution of this claim. Further, the undersigned have provided a release of interest to Plaintiff in order to assist them in obtaining new counsel. *See* Exhibit "B". The last known address of Plaintiff, Mr. Eli Castaneda and Swift Air Corporation, is their principle business address of 2101 Leopard Street, Corpus Christi, TX 78408, and at their telephone number of (361) 882-2111.

### VI.

Plaintiff has been given written notice of all pending settings and deadlines which include:

| | |
|---|---|
| Jury Selection: | 4/23/01 |
| Final Pre-Trial Conference: | 4/12/01 |
| Deadline to File Joint Pre-Trial Order | 4/6/01 |

Further, Plaintiff has been given notice of this Motion to Withdraw as Counsel which will be set upon the Court's notice.

WHEREFORE, PREMISES CONSIDERED, SIMON B. PURNELL, DAVID WALSH, and BRIN & BRIN, P.C., respectfully request that this Court find good cause for this request to withdraw as counsel for Plaintiff SWIFT AIR CORPORATION and ELADIO CASTANEDA; that this Court enter an order permitting SIMON B. PURNELL, DAVID WALSH, and BRIN & BRIN, P.C. to

withdraw from this cause as the attorneys of record for Plaintiff; and that this Court's records so reflect that Plaintiff will, at this time, be proceeding as a pro-se Plaintiff until they obtain new counsel. SIMON B. PURNELL, DAVID WALSH, and BRIN & BRIN, P.C. pray for such other and further relief to which they may be justly entitled.

Respectfully submitted,

**BRIN & BRIN, P.C.**
1202 Third Street
Corpus Christi, Texas
Telephone: (361) 881-9643
Telecopier: (361) 883-0506

BY _/s/ Simon Purnell_
**DAVID WALSH**
State Bar No. 00786327
Federal I.D. No. 16319
**SIMON B. PURNELL**
State Bar No. 24003889
Federal I.D. No. 23509

## CERTIFICATE OF SERVICE

The undersigned attorney of record certifies service of the foregoing Motion to Withdraw as Counsel was on this the 2nd day of March, 2001, completed upon SWIFT AIR CORPORATION and ELADIO CASTANEDA, and upon opposing counsel, by deposit of same on such date enclosed in a post-paid, properly addressed wrapper, in a post office or official depository under the care and custody of the United States Postal Service, the same having been sent via Certified Mail, return receipt requested.

_/s/ Simon Purnell with permission_
DAVID WALSH

Exhibit "A"

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| STC CONSTRUCTORS, L.L.C., AND | § | |
| AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |

## AFFIDAVIT OF DAVID WALSH

COMES NOW the undersigned, first having been duly sworn and deposes as follows:

1. My name is David Walsh. I am an attorney with the law firm of Brin & Brin, P.C., in Corpus Christi, Texas. This affidavit is based on my personal knowledge.

2. I am one of the counsel for Plaintiff, Swift Air Corporation in the instant lawsuit.

3. I have been involved in representing our client, Swift Air Corporation, for over a year in my capacity of assisting Mr. Simon B. Purnell, an associate with Brin & Brin, P.C., with this client.

4. With regard to the instant case, a severe conflict of interest arose on February 22, 2001. During multiple conversations with Mr. Eladio Castaneda, I was made aware, for the first time, of his dissatisfaction with the legal advice and services being provided to Mr. Eladio Castaneda and Swift Air Corporation. It was during these discussions regarding a negotiated settlement agreement in the instant lawsuit that accusations and statements were made of a severe nature which, in the opinion of the undersigned attorney, rises to the level of a true conflict of interest. Based upon the conflict of interest and the accusations made, the undersigned has instructed Mr. Eladio Castaneda, verbally and in writing, that they will need to secure other counsel in the instant lawsuit as well as all other pending matters involving Mr. Eladio Castaneda and/or Swift Air Corporation

and this law firm.

4.    Details of all pending deadlines have been conveyed to Mr. Eladio Castaneda and Swift Air Corporation via letter and in the body of this motion by the undersigned counsel.

FURTHER THE AFFIANT SAITH NOT.

_____
David Walsh

**STATE OF TEXAS**　　　§

**COUNTY OF NUECES**　§

Sworn to and subscribed before me this 2nd day of March, 2001.

_____
Notary Public
Commission Expires: _____

EMILY WILLIAMS
Notary Public State of Texas
Comm. Exp. 03-31-02

# Exhibit "B"

ClibPDF - www.fastio.com

# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

SIMON B. PURNELL

1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506
spurnell@brinandbrin.com

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

BROWNSVILLE OFFICE
1205 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

February 28, 2001

Mr. Eli Castaneda
Swift Air Corporation
2101 Leopard
Corpus Christi, TX 78408

Re:   Cause No. 99-2526-C and CA-C-00-59
      Swift Air, Inc. v. S.T.C. Constructors, LLC and Ralph Durden

Dear Mr. Castaneda:

As a result of the recent conflict that has arisen between yourself and this firm, we understand that you want us to release any interest in the above referenced cases and the fee arrangement we entered into on June 19, 2000. We understand that this will assist you in obtaining substitute counsel in this matter, and therefore, we hereby release our interest in the above referenced claim. This release is limited to the contingent fee arrangement referenced in the attached correspondence, and is in no way an admission of fault by Simon Purnell, David Walsh or Brin and Brin, P.C., regarding any of the allegations made by Mr. Castaneda, Mrs. Castaneda or any other Swift Air agents.

Should you have any questions or comments, please do not hesitate to contact my office.

Very truly yours,

/S/

Simon B. Purnell

SBP/emk
99248

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SWIFT AIR CONDITIONING, INC. | § § § § | NO. C-00-059 |
| VS. | § § | |
| STC CONSTRUCTORS, L.L.C., AND AMWEST SURETY INSURANCE COMPANY | § § § | |

## ORDER SETTING HEARING DATE ON
## MOTION TO WITHDRAW AS COUNSEL

IT IS ORDERED that a hearing on SIMON B. PURNELL, DAVID WALSH, and BRIN & BRIN, P.C.'s Motion to Withdraw as Counsel is hereby scheduled for the ___ day of _____, 2001 at __ o'clock ___.m. in United States District Court, Southern District of Texas Corpus Christi Division.

SIGNED AND ORDERED ENTERED this ___ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| STC CONSTRUCTORS, L.L.C., AND | § | |
| AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |

## ORDER

CAME ON for consideration the Motion to Withdraw as Counsel of Swift Air Conditioning, Inc., Use Plaintiff's Attorneys' in this cause. It appearing that good cause has been shown, therefore, it is:

ORDERED that the same Motion be Granted and that Simon B. Purnell, David Walsh and Brin and Brin, P.C., be allowed to withdraw as counsel for Use Plaintiffs, Swift Air Conditioning, Inc. in this cause.

ENTERED this _____ day of _____, 2001, at Corpus Christi, Texas.

_____
UNITED STATES DISTRICT JUDGE