IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 2 2001

Michael N. Milby, Clerk

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| STC CONSTRUCTORS, L.L.C., AND | § | |
| AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |

## AGREED MOTION FOR CONTINUANCE
## AND TO ENLARGE TIME FOR DISCOVERY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

USE PLAINTIFF, SWIFT AIR CONDITIONING, INC., would respectfully move as follows:

1.     Use Plaintiff will and hereby does move this Court for an order continuing the trial date of April 23, 2001 and all associated deadlines.

2.     As evidenced by David Walsh's affidavit attached as Exhibit "A" to this motion, it is clear that a conflict has arisen between the undersigned and Use Plaintiffs.  Therefore, it is impossible for the undersigned to continue representing Use Plaintiff in the above referenced matter.

3.     Use Plaintiff is in the process of obtaining new counsel to represent them in this lawsuit.  In order to assist in expediting the process, the undersigned have provided Use Plaintiff with their file as well as with a release of interest in this claim.  Exhibit "B".  However, Use Plaintiff's new attorneys will need additional time to prepare for trial and conduct discovery.

4.     At this time, discovery is substantially complete, however, it may be necessary to take depositions of relevant and material witnesses.  Use Plaintiff will suffer actual and substantial

1

33.

prejudice if their new attorney is not permitted additional time to review the file and perform any additional discovery.

5.    The parties have cooperated with each other in obtaining written discovery and have exchanged the names of the parties to be deposed. However, the parties have not obtained mutually convenient times for the deposition dates. Once Use Plaintiffs have retained counsel and have had an opportunity to review the file, the parties should be able to agree to depositions dates.

6.    As a result of the above referenced conflict, the undersigned attorneys will be unavailable for trial, therefore, Use Plaintiff requests a continuance of the April 23rd, 2001 trial date.

7.    All parties would benefit from the additional time in order to obtain the depositions, therefore, the granting of the continuance would not prejudice any of the parties.

8.    A continuance would not unduly inconvenience the court because no jury has been selected.

9.    This motion is not just for delay, but so that justice may be done.

DATED: March 1st, 2001.

Respectfully submitted,

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404
(361) 881-9643
(361) 883-0506

By: _Simon Purnell_____

Simon B. Purnell
State Bar No. 24003889
Federal I.D. No. 23509
David Walsh
State Bar No. 00786327
Federal I.D. No. 16319
COUNSEL FOR PLAINTIFF

2

## CERTIFICATE OF CONFERENCE

In compliance with Rule 37(a)(2)(A) of the Federal Rules of Civil Procedures, movant hereby certifies and he has, in good faith, conferred with the parties to this lawsuit and were able to reach agreement concerning the same.

I hereby certify that I have conferred with the following counsel of record and their positions on this Motion are as follows:

Richard Hatch, Jr.                          Unopposed
Robert Birne                                Unopposed

_____
Simon B. Purnell

## CERTIFICATE OF SERVICE

I do hereby certify that on this the _2ND_ day March, 2001, a true and correct copy of the above document was forwarded to all counsel and to Use Plaintiff in accordance with the Federal Rules of Civil Procedure.

Richard J. Hatch, Jr.                  Certified Mail, RRR: 7000 1670 0009 8466 0336
The Hatch Law Firm
802 N. Carancahua, Suite 665
Corpus Christi, TX 78470

Robert E. Birne                        Certified Mail, RRR: 7000 1670 0009 8466 0305
Olson Gibbons Wilbur Nicoud
  Birne & Gueck, L.L.P.
2200 Ross Avenue, Suite 2525
Dallas, Texas 75201-6770

Eladio Castaneda                       Certified Mail, RRR: 7000 1670 0009 8466 0329
2101 Leopard Street
Corpus Christi, TX 78408

Edwin Baker                            Certified Mail, RRR: 7000 1670 0009 8466 0312
Baker and Baker
5350 S. Staples St., Suite 106
Corpus Christi, TX 78411

_____
Simon B. Purnell

3

Exhibit "A"

CVisPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| STC CONSTRUCTORS, L.L.C., AND | § | |
| AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |

## AFFIDAVIT OF DAVID WALSH

COMES NOW the undersigned, first having been duly sworn and deposes as follows:

1.      My name is David Walsh. I am an attorney with the law firm of Brin & Brin, P.C.,
in Corpus Christi, Texas. This affidavit is based on my personal knowledge.

2.      I am one of the counsel for Plaintiff, Swift Air Corporation in the instant lawsuit.

3.      I have been involved in representing our client, Swift Air Corporation, for over a year
in my capacity of assisting Mr. Simon B. Purnell, an associate with Brin & Brin, P.C., with this
client.

4.      With regard to the instant case, a severe conflict of interest arose on February 22,
2001. During multiple conversations with Mr. Eladio Castaneda, I was made aware, for the first
time, of his dissatisfaction with the legal advice and services being provided to Mr. Eladio Castaneda
and Swift Air Corporation. It was during these discussions regarding a negotiated settlement
agreement in the instant lawsuit that accusations and statements were made of a severe nature which,
in the opinion of the undersigned attorney, rises to the level of a true conflict of interest. Based upon
the conflict of interest and the accusations made, the undersigned has instructed Mr. Eladio
Castaneda, verbally and in writing, that they will need to secure other counsel in the instant lawsuit
as well as all other pending matters involving Mr. Eladio Castaneda and/or Swift Air Corporation

CutePDF - www.fosdo.com

and this law firm.

4.    Details of all pending deadlines have been conveyed to Mr. Eladio Castaneda and

Swift Air Corporation via letter and in the body of this motion by the undersigned counsel.

FURTHER THE AFFIANT SAITH NOT.



David Walsh

**STATE OF TEXAS**          §

**COUNTY OF NUECES**     §

Sworn to and subscribed before me this ___2nd___ day of ___March___, 2001.

_____
Notary Public
Commission Expires: _____

EMILY WILLIAMS
Notary Public State of Texas
Comm. Exp. 03-31-02

Exhibit "B"

ClickPDF – www.Teqtor.com

# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506
spurnell@brinandbrin.com

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. McINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

BROWNSVILLE OFFICE
1205 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

SIMON B. PURNELL

February 28, 2001

Mr. Eli Castaneda
Swift Air Corporation
2101 Leopard
Corpus Christi, TX 78408

> Re:   Cause No. 99-2526-C and CA-C-00-59
>       Swift Air, Inc. v. S.T.C. Constructors, LLC and Ralph Durden

Dear Mr. Castaneda:

As a result of the recent conflict that has arisen between yourself and this firm, we understand that you want us to release any interest in the above referenced cases and the fee arrangement we entered into on June 19, 2000. We understand that this will assist you in obtaining substitute counsel in this matter, and therefore, we hereby release our interest in the above referenced claim. This release is limited to the contingent fee arrangement referenced in the attached correspondence, and is in no way an admission of fault by Simon Purnell, David Walsh or Brin and Brin, P.C., regarding any of the allegations made by Mr. Castaneda, Mrs. Castaneda or any other Swift Air agents.

Should you have any questions or comments, please do not hesitate to contact my office.

Very truly yours,

/S/

Simon B. Purnell

SBP/emk
99248

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| STC CONSTRUCTORS, L.L.C., AND | § | |
| AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |

## ORDER SETTING HEARING DATE ON
## MOTION FOR CONTINUANCE AND TO ENLARGE TIME FOR DISCOVERY

IT IS ORDERED that a hearing on Use Plaintiff's Motion for Continuance and to Enlarge

Time for Discovery is hereby scheduled for the ___ day of _____, 2001 at ___ o'clock ___.m.

in United States District Court, Southern District of Texas Corpus Christi Division.

SIGNED AND ORDERED ENTERED this ___ day of _____, 2001.


_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| STC CONSTRUCTORS, L.L.C., AND | § | |
| AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |

## ORDER

CAME ON for consideration the Motion for Continuance and to Enlarge Time for Discovery of Swift Air Conditioning, Inc., Use Plaintiff in this cause.  It appearing that good cause has been shown, therefore, it is:

ORDERED that Use Plaintiff's, Swift Air Conditioning, Inc., Motion be Granted and that a new trial date be assigned to the above referenced cause.  It is further ORDERED that new discovery deadlines be assigned to this cause after appearance of new counsel for Use Plaintiffs and upon conference between the parties.

ENTERED this _____ day of _____, 2001, at Corpus Christi, Texas.

_____

UNITED STATES DISTRICT JUDGE