IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR - 7 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| STC CONSTRUCTORS, L.L.C., AND | § | |
| AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |

### ORDER SETTING HEARING DATE ON
### MOTION TO WITHDRAW AS COUNSEL

IT IS ORDERED that a hearing on SIMON B. PURNELL, DAVID WALSH, and BRIN & BRIN, P.C.'s Motion to Withdraw as Counsel is hereby scheduled for the 8TH day of MARCH, 2001 at 1:15 o'clock p.m. in United States District Court, Southern District of Texas Corpus Christi Division.

SIGNED AND ORDERED ENTERED this 6 day of March 2001.

_____
UNITED STATES DISTRICT JUDGE