CV/~~CR~~ ACTION NO.: C-00-59

USA / Swift Air ) Eli Castaneda
) Delia Castaneda
vs
STC Constructors ) Robert Birne
) Richard Hatch, Sr. for
Richard Hatch, Jr.

=====================================================

United States District Court
Southern District of Texas
FILED

MAR - 8 2001

MICHAEL N. MILBY, CLERK

JUDGE PRESIDING: HAYDEN W. HEAD, JR.

COURTROOM CLERK: Judith F. Alvarez   COURT RECORDER: Genay ~~Rogerly~~
LAW CLERK: Amy Livsey   INTERPRETER: _____
U. S. MARSHAL: _____   U. S. P. O.: _____
CSO: Rick Aguilar   TAPE: ~~3-610~~ 4/1-80
DATE: 03-08-01   OPEN: 1:30   ADJOURN: 1:36

=====================================================

Case called for Hearing on Motion for Contuance. Mr. Hatch and Mr. Birne return to courtroom for hearing. Pltffs have no attorneys. Motion for Continuance signed. The Court orders appearance of counsel for Swift Air in 30 days. Case is reset to Thursday, Apr. 12, 2001 at 1:15 pm. Adjourned. 1:36.

36