IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | NO. C-00-059 |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| STC CONSTRUCTORS, L.L.C., AND | § | |
| AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |

*United States District Court
Southern District of Texas
ENTERED
MAR - 9 2001
Michael N. Milby, Clerk of Court*

31.

## ORDER

CAME ON for consideration the Motion to Withdraw as Counsel of Swift Air Conditioning, Inc., Use Plaintiff's Attorneys' in this cause. It appearing that good cause has been shown, therefore, it is:

ORDERED that the same Motion be Granted and that Simon B. Purnell, David Walsh and Brin and Brin, P.C., be allowed to withdraw as counsel for Use Plaintiffs, Swift Air Conditioning, Inc. in this cause.

ENTERED this 8th day of March 2001, at Corpus Christi, Texas.

_____
UNITED STATES DISTRICT JUDGE

*Swift has to retain counsel within 30 days and counsel will enter an appearance for Swift air. Initial Conference set for Thursday of April 12, 2001, at 1:15 pm.*