IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SWIFT AIR CONDITIONING, INC. | § § § § | NO. C-00-059 |
| VS. | § § | |
| STC CONSTRUCTORS, L.L.C., AND AMWEST SURETY INSURANCE COMPANY | § § § | |

38.

United States District Court
Southern District of Texas
ENTERED

MAR - 9 2001

Michael N. Milby, Clerk of Court

## ORDER

CAME ON for consideration the Motion for Continuance and to Enlarge Time for Discovery of Swift Air Conditioning, Inc., Use Plaintiff in this cause. It appearing that good cause has been shown, therefore, it is:

ORDERED that Use Plaintiff's, Swift Air Conditioning, Inc., Motion be Granted and that a new trial date be assigned to the above referenced cause. It is further ORDERED that new discovery deadlines be assigned to this cause after appearance of new counsel for Use Plaintiffs and upon conference between the parties.

ENTERED this _8_ day of _March_, 2001, at Corpus Christi, Texas.

UNITED STATES DISTRICT JUDGE