UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 2 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| THE UNITED STATE OF AMERICA § <br> FOR THE USE AND BENEFIT OF § <br> SWIFT AIR CONDITIONING, INC. § <br> § <br> VS. § <br> § <br> STC CONSTRUCTORS, L.L.C. and § <br> AMWEST SURETY INSURANCE § <br> COMPANY § | CIVIL ACTION NO. C-00-059 |

## APPEARANCE OF COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

NOW COMES, Swift Air Conditioning, Inc., Plaintiff herein, and enters its appearance of counsel as follows:

Hal George
Federal I.D. No. 4390
State Bar No. 07809000

Of Counsel:
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, TX 78401
(361) 693-8500 – Telephone
(361) 693-8600 – Fax

and

James F. Buchanan
Federal I.D. No. 0328
State Bar No. 03287500

Of Counsel:
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, TX 78401

150521

1

(361) 693-8500 – Telephone
(361) 693-8600 – Fax

                                    Respectfully submitted,

*Hal George*

Hal George
Federal I.D. No. 4390
State Bar No. 07809000
James F. Buchanan
State Bar No. 03287500
Federal I.D. No. 0328

ATTORNEYS-IN-CHARGE FOR SWIFT
AIR CONDITIONING, INC.

OF COUNSEL:

THE KLEBERG LAW FIRM
800 N. Shoreline Blvd.
Suite 900, North Tower
Corpus Christi, Texas 78401
Telephone:   (361) 693-8500
Telefax:      (361) 693-8600

150521

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was forwarded to the attorneys listed below by facsimile or U.S. certified mail, return receipt requested on the ___11___ day of April, 2001.

Richard J. Hatch, Jr
THE HATCH LAW FIRM
802 N. Carancahua
Suite 665
Corpus Christi, TX 78470

Robert E. Birne
OLSON, GIBBONS, WILBUR, NICOUD, BIRNE & GUECK, L.L.P.
2200 Ross Avenue
Suite 2525
Dallas, TX 75201-6770

_____
Hal George/James F. Buchanan

150521

3