~~CRIM~~/CIVIL ACTION NO.: C-00-59

Swift Air Cond.  )  Hal George
                 )  Clay Scheitzch

VS.

STC Constructors )  Richard Hatch
                 )  Robert Birne

United States District Court
Southern District of Texas
FILED
JUN 26 2001
MICHAEL N. MILBY, CLERK

JUDGE PRESIDING: H. W. HEAD, JR.
COURTROOM CLERK: J. F. Alvarez     COURT RECORDER: Genay Rogan
LAW CLERK: Mark Fassold             U.S.P.O.: ——
U.S. MARSHAL: ——                    C.S.O.: Raul Barrera
INTERPRETER: ——
DATE: June 26, 2001    OPEN: 1:49 pm    ADJOURN: 2:02
TAPE: 2/1545-2048

================================================================

Case called for Scheduling Conference. Appearances made. Discussion of third party defendants. Discussion of the facts of the case. Mr. George says that STC has not paid for work done and have ~~contracted~~ broken the contract. Discussion of previous case in San Antonio. Discussion of what had happened previously in this case. There is the possibility of settlement. Discussion of Scheduling Order. Mediation will take place before Aug. 15, 2001. Scheduling Order signed. Adjourned.

43.