IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Bankruptcy Court
Southern District of Texas
FILED
NOV 0 9 2001
Michael N. Milby, Clerk of Court

| | |
|---|---|
| THE UNITED STATES OF AMERICA § | |
| FOR THE USE AND BENEFIT OF § | |
| SWIFT AIR CONDITIONING, INC. § | CIVIL ACTION NO. C-00-059 |
| § | |
| VS. § | JURY TRIAL DEMANDED |
| § | |
| STC CONSTRUCTORS, L.L.C. AND § | |
| AND AMWEST SURETY § | |
| INSURANCE COMPANY § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Swift Air Corporation, Plaintiff, STC Constructors, L.L.C., Defendant, and Chatham Reinsurance Corporation, Third Party Defendant, all of the parties in the above entitled and numbered cause move the Court to dismiss this case, and in support of this Motion state that all matters of fact and things in controversy have been fully and finally compromised and settled by and between all of the parties hereto.

WHEREFORE, the parties request that the Court enter its Order dismissing said cause with prejudice to the rights of all of the parties to refile the same actions or any part thereof, and that all costs of Court be taxed against the party incurring same.

Respectfully submitted,

THE KLEBERG LAW FIRM
800 N. Shoreline, Suite 900
Corpus Christi, Texas 78401
Telephone: (361) 693-8500
Telecopier: (361) 693-8600

By: _____
Hal George
Federal No. 4390
State Bar No. 07809000
ATTORNEY FOR PLAINTIFF, SWIFT AIR CORPORATION

THE HATCH LAW FIRM
802 N. Carancahua, Suite 665
Corpus Christi, Texas 78470
Telephone: (361) 698-7898
Telecopier: (361) 698-7717

By: _____
    Richard J. Hatch, Jr.
    Federal No. 1489
    State Bar No. 09216200

ATTORNEY FOR DEFENDANT, STC CONSTRUCTORS, L.L.C.

OLSON GIBBONS WILBUR NICOUD
  BIRNE & GUECK, L.L.P.
2200 Ross Avenue, Suite 2525
Dallas, Texas 75201-6770
Telephone: (214) 979-7300
Telecopier: (214) 979-7301

By: _____
    Robert E. Birne
    Federal No. 19195
    State Bar No. 02342100

ATTORNEYS FOR CHATHAM REINSURANCE CORPORATION

s:\rhj\cases\stc\swift air-federal\joint motion to dismiss.wpd

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | CIVIL ACTION NO. C-00-059 |
| | § | |
| VS. | § | JURY TRIAL DEMANDED |
| | § | |
| STC CONSTRUCTORS, L.L.C. AND | § | |
| AND AMWEST SURETY | § | |
| INSURANCE COMPANY | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be heard the Joint Motion of Swift Air Corporation, Plaintiff, STC Constructors, L.L.C., Defendant, and Chatham Reinsurance Corporation, Third Party Defendant, seeking dismissal of said cause with prejudice to all actions or any part thereof. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above entitled and numbered cause be and the same is dismissed with prejudice to the right of the parties to refile the same action or any part thereof. All costs of Court are taxed against the party incurring same.

SIGNED this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

s:\rhj\cases\stc\swift air-federal\order of dismissal.wpd