IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 21 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| FOR THE USE AND BENEFIT OF | § | |
| SWIFT AIR CONDITIONING, INC. | § | CIVIL ACTION NO. C-00-059 |
| | § | |
| VS. | § | JURY TRIAL DEMANDED |
| | § | |
| STC CONSTRUCTORS, L.L.C. AND | § | |
| AND AMWEST SURETY | § | |
| INSURANCE COMPANY | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be heard the Joint Motion of Swift Air Corporation, Plaintiff, STC Constructors, L.L.C., Defendant, and Chatham Reinsurance Corporation, Third Party Defendant, seeking dismissal of said cause with prejudice to all actions or any part thereof. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above entitled and numbered cause be and the same is dismissed with prejudice to the right of the parties to refile the same action or any part thereof. All costs of Court are taxed against the party incurring same.

SIGNED this ___16___ day of ___Nov___, 2001.

_____
UNITED STATES DISTRICT JUDGE

s:\rhj\cases\stc\swift air-federal\order of dismissal.wpd